IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

V.                                                        CASE NO. 3:09CR00155-001

EDWARD GARNER

ORDER
(Adopting the Report and Recommendation of the United States Magistrate Judge)

This matter is before the Court on a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable M. Hannah Lauck, United States Magistrate Judge ("Magistrate Judge"), on August 27, 2009. Having reviewed the R&R in this case and there being no objections, this Court **HEREBY ACCEPTS** and **ADOPTS** the R&R. In accordance with the R&R, the Court **HEREBY ACCEPTS** the defendant's guilty plea made pursuant to Fed. R. Crim Pro. 11.

The Clerk is directed to send a copy of this Order to all counsel of record.

And it is so Ordered.

                                                        /s/
                                                        Henry E. Hudson
                                                        United States District Judge

Date: Sept. 11, 2009
Richmond, VA